UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:20-CR-00132-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT LEE BEST | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Proposed Sealed Motion, which is docket entry number 117. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the __29__ day of __December__ 2021.

_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT COURT JUDGE