IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-132-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT LEE BEST, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion for compassionate release [D.E. 155] not later than August 20, 2025. The court GRANTS defendant's motion for a status update [D.E. 163], and advises defendant that it will rule after receiving the United States' response.

SO ORDERED. This 30 day of July, 2025.

JAMES C. DEVER III
United States District Judge