UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-00132-D-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ROBERT LEE BEST, | ) | |

This matter comes before the court on the government's motion to seal the defendant's 2024 medical records, which are attached as an exhibit to the government's Response in Opposition to the defendant's Motion for Compassionate Release.

For good cause having shown, the government's motion is GRANTED. The Clerk of Court is DIRECTED to seal the defendant's 2024 medical records, except that the government is authorized to provide the defendant with a copy of the defendant's 2024 medical records.

SO ORDERED this 6 day of October, 2025.

JAMES C. DEVER III
United States District Judge