IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-132-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT LEE BEST, | ) | |
| | ) | |
| Defendant. | ) | |

The court is very familiar with this case. See [D.E. 1, 60, 61, 82, 134, 137, 138, 139]. For the reasons stated in the United States' response in opposition to defendant's motion for compassionate release, [D.E. 170] 2–12, the court DENIES defendant's motion for compassionate release [D.E. 155].

SO ORDERED. This 6 day of November, 2025.

                                                       JAMES C. DEVER III
                                                       United States District Judge